## UNITED STATES DISTRICT COURT
### District of Maine

| | | |
|---|---|---|
| **NORMAN T.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 1:17-cv-00323-GZS** |
| | ) | |
| **NANCY A. BERRYHILL, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on June 24, 2018, his Recommended Decision (ECF No. 18). Defendant filed its Objection to the Recommended Decision (ECF No. 19) on July 3, 2018. Plaintiff filed his Response to Defendant's Objection to the Recommended Decision (ECF No. 22) on July 24, 2018.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Commissioner's Decision is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

/s/George Z. Singal
U.S. District Judge

Dated this 6th day of August , 2018.